1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

MARIA ISABEL VELASQUEZ,        )        No. EDCV 11-2066-CW

12                             )
              Plaintiff,       )        JUDGMENT

13                             )
         v.                    )

14                             )
MICHAEL J. ASTRUE,             )

15  Commissioner, Social Security )
Adminstration,                 )

16                             )
              Defendant.       )

17  _____)

18

19      **IT IS ADJUDGED** that this action is remanded to defendant for

20  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21  and consistent with the accompanying Decision and Order.

22

DATED: January 10, 2013

23

24                                    
                                      _____

25                                        CARLA M. WOEHRLE
                                      United States Magistrate Judge

26

27

28