1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Maria Isabel Velazquez

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MARIA ISABEL VELAZQUEZ,            ) Case No.:  CV 11-2066 CW
                                      )
12         Plaintiff,                 ) [PROPOSED] ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                            ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                 ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,   ) U.S.C. § 1920
15                                    )
           Defendant                  )
16                                    )
                                      )

17
           Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
           IT IS ORDERED that fees and expenses in the amount of $3,550.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of $350.00 as authorized
21
   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE:    February 7, 2013
23
                                      _____
24                                    THE HONORABLE CARLA WOEHRLE
                                      UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 |     /s/ *Young Cho*
     _____
4 | Young Cho
    Attorney for plaintiff Maria Isabel Velazquez

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-2-